UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

IN RE: James Smithey
16260 Nottingham Dr
Wapakoneta, OH 45895

Case #:

Last 4 Digits of SSN and/or EIN:
xxx-xx-7623

Debtor

Chapter 7

Statement Under Penalty of Perjury Concerning Payment Advices
Due Pursuant to 11 U.S.C. §521(a)(1)(B)(iv)

I, James Smithey, state as follows:
I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

\_\_\_\_ a) I was not employed during the period immediately preceding the filing of the above-referenced case_____(state the dates that you were not employed);

\_\_\_\_ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

\_\_\_\_ c) I am self-employed and do not receive any evidence of payment from an employer;

_X_ d) Other (Please Explain) _Social Security & Choctaw interest_

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this _19_ day of _Jan_, _2010_.

_____
Debtor (signed: James L. Smithey)