IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 10-30310 |
| James Smithey | ) | Judge Richard L. Speer |
| | ) | **CERTIFICATE OF SERVICE OF** |
| | | **TAX INFORMATION TO TRUSTEE** |
| | ) | |

*****************************************************************

NOW COMES the debtor(s), James Smithey, by and through his undersigned Attorney, Randy L. Reeves #0009934, and hereby certifies that the following information was provided to the Trustee Via Regular U.S. Mail.

1. Federal, State and Local Tax Returns for the year prior to the filing of this case.

> Respectfully submitted,
>
> RANDY L. REEVES CO. L.P.A.
> /S/ Randy L. Reeves
> Randy L. Reeves #0009934
> 973 W North Street
> Lima, OH 45805
> Telephone: (419) 228-2122
> Facsimile: (419) 222-6718
> Email: randy@reeveslpa.com

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Certificate of Service of Tax Information to Trustee has been served upon the following parties, this 12th day of February 2010 by Electronic mail.

Bruce C French
Trustee
PO Box 839
Lima OH 45802
Via Electronic Mail

RANDY L. REEVES CO. L.P.A.
/S/ Randy L. Reeves
Randy L. Reeves #0009934
973 W North Street
Lima, OH 45805
Telephone: (419) 228-2122
Facsimile: (419) 222-6718
Email: randy@reeveslpa.com