B23 (Official Form 23) (12/08)

# United States Bankruptcy Court
## Northern Dist of Oh

In re **James Lee Smithey**
_____ Debtor(s)

Case No. **10-30310**
Chapter **7**

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, **James Lee Smithey**, the debtor in the above-styled case, hereby certify that on **February 27, 2010**, I completed an instructional course in personal financial management provided by **Money Mangement International Inc.**, an approved personal financial management provider.

Certificate No. (if any): **01267-OHN-DE-010066208**.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
    ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
    ☐ Active military duty in a military combat zone; or
    ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: **/s/ James Lee Smithey**
                               **James Lee Smithey**

Date: **March 2, 2010**

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 45 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

Certificate Number: 01267-OHN-DE-010066208

Bankruptcy Case Number: 10-30310

# CERTIFICATE OF DEBTOR EDUCATION

I certify that on February 27, 2010, at 11:17 o'clock AM CST,

James L Smithey completed a course on personal financial

management given by internet by

Money Management International, Inc.,

a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning

personal financial management in the Northern District of Ohio.

Date: February 27, 2010     By     /s/Robin Dragoo

  Name     Robin Dragoo

  Title     Counselor